**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NANCY LEE,

                Plaintiff,                          19 **CIVIL** 9451 (CS)(JCM )

      -against-                                **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                       Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated September 8, 2020, no objections to the Report and Recommendation have been filed, and so the Court has reviewed it for clear error. Finding no error, clear or otherwise, the R&R is adopted as the decision of the Court. Plaintiff's motion is granted; the Commissioner's cross-motion is denied, and the case is remanded to the Commissioner for further proceedings consistent with the R&R, accordingly, the case is closed.

**Dated:**  New York, New York
           September 8, 2020

                                              **RUBY J. KRAJICK**

                                                **Clerk of Court**
                   **BY:**     *K. Mango*
                                                **Deputy Clerk**